# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

WILLIAM E. FRY,

        Plaintiff,     :     Case No. 2:20-cv-265

- vs -     Judge Sarah D. Morrison
    Magistrate Judge Kimberly A. Jolson

COMMISSIONER OF SOCIAL SECURITY,

    :

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 13, 2020. (ECF No. 10.) In that filing, the Magistrate Judge recommended that the action be dismissed with prejudice for failure to timely serve Defendant pursuant to Fed. R. Civ. P. 4(m). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation (ECF No. 10) and **DISMISSES** with prejudice Plaintiff's Complaint (ECF No. 8). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

        /s/ Sarah D. Morrison
        SARAH D. MORRISON
        UNITED STATES DISTRICT JUDGE